UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**07-23218-CIV-MORENO**

HARVEY E. ONDRIEZEK,

      Plaintiff,

vs.

CONSUMER CREDIT COUNSELING SERVICE
OF THE MIDWEST, INC.,

      Defendant.

_____/

## FINAL ORDER OF DISMISSAL

      THIS CAUSE came before the Court upon the Report of Mediation.  It is

      **ADJUDGED** that in light of the parties settling this action through mediation, this case is

**DISMISSED** in accordance with the settlement agreement.  The Court shall retain jurisdiction to

enforce the terms of the settlement agreement if it is filed in its entirety by **May 12, 2008**..

      DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record